C 16

**RECEIVED**

JAN 2 2 2008

Jan 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Terrell Jones

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Carlos Altez

Salvador Gordinez

"Et. Al"

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

08CV461
JUDGE HART
MAG. JUDGE BROWN

Case
(To be supplied by _____)

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: Terrell Jones

   B. List all aliases: Tyrone Marshall

   C. Prisoner identification number: 20070057770

   D. Place of present confinement: Cook County Dept. of Corrections

   E. Address: PO Box 089002 Chgo. IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Dr. Carlos Altez

   Title: Doctor

   Place of Employment: Cook County Jail (medical services dept.)

   B. Defendant: Salvador Gordinez

   Title: Director of Cermak

   Place of Employment: Cook County Jail (Cermak medical dept.)

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9/13/07 I Ferrell Jones was taken by correctional officers to the dispensary for a medical sick call here at the Cook county Jail Division 11 facility. Taken to be seen by Dr. Carlo Altez. During the visit I was explaining my problems of pimples on my face and Boils about my body. He started saying, "oh you have pretty skin, and who you trying to look good for, or you have a boyfriend, I know you do, who is it your cell, and you can tell me. I won't tell anybody." At 1st I thought he was joking so I smirked it off and still tried to explain my problems but he pressed on. In between the unprofessional and derange comments, I told him, "I'm not gay nor I don't go that way." When I tried to explain my skin allergic reactions. His whole demeanor changed and he became rude, stating this meeting is over get out my office. He never once ask me about any medical health issues or to show him or where was my boil at. I stated your refusing to listen or help me is refusing medical attention. He then walk out by the Nurses station and said I want him out of here, He was yelling at me to get out causing a spectacle and disturbance.

I was asked what Happened and I said," Cause I wont go along with His Homosexual Comments He's refusing to answer any other of my medical inquiries All of which I told the Nurse about Prior. and on my medical slip. He close the door in my face after the Next patient came in He called Newed Jabari Stewart- ID# 2007 000 4640. And inmate Larry Martin ID# 2006 0075301 also witnessed this along with the Nurses and a Co. Ms. Furgeson and other inmates who were waiting. He never denied making this comments. I wasn't showing any Sign of Me being gay so I felt offensive behind this comments, and ~~assaulted~~ disrespected as a man. I asked for His name but His colleagues Stated they didn't know His Name, so I obtained it later and filed a grievance with the social worker. It took me 4 tries cause 3 other times I tried to send it to Her She kept stating she didn't recieve anything on just any request Slip so on 11-16-07 I gave it to Her in Her Hands. It was referred to medical services and to this date I Never Heard from the since. No questions or interviews Has been made. The Form Numer is 2007X2304.

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm requesting to be Compensated for the all of the personal, disrespectful and sexual harassment made by the defendant.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of December, 2007

_Terrell Jones_
(Signature of plaintiff or plaintiffs)

Terrell Jones
(Print name)

20070057770
(I.D. Number)

Cook County Jail

P.O. Box 089002

Chicago, IL 60608
(Address)

Home Address:
4528 S. Lawler
Chgo. IL. 60638