PRISONER CASE

FILED
J:N JAN 2 2 2008
Jan 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** TERRELL JONES

**Defendant(s):** CARLOS ALTEZ, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Terrell Jones
#2007-0057770
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

08CV461
JUDGE HART
MAG. JUDGE BROWN

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham  **Date:** 1/22/2008