C4

**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JAN 2 2 2008 *new*
Jan 22 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Terrell Jones

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Carlos Altez

Salvador Gordinez

_____

_____

_____

Et. Al.

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

08CV461
JUDGE HART
MAG. JUDGE BROWN
Case
(To be supplied by the _____

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Terrell Jones_

B.    List all aliases: _Tyrone marshall_

C.    Prisoner identification number: _2007005 7770_

D.    Place of present confinement: _Cook County Dept. 07 Corrections_

E.    Address: _PO Box 089002    Chgo. IL. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Dr. Carlos Altez_

Title: _Doctor_

Place of Employment: _Cook County Jail (medical Services Dept.)_

B.    Defendant: _Salvador Gordinez_

Title: _Director of Cermak_

Place of Employment: _Cook County Jail (Cermak medical Dept.)_

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made: _____

_____

_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9/18/07 I Terell Jones was taken by correctional officers to the dispensary for a medical sick call here at the Cook county Jail Division 11 facility. Taken to be seen by Dr. Carlo Altez. During the visit I was explaining my problems of pimples on my face and Boils about my body. He started saying, "oh you have pretty skin, and who your trying to look good for, Do you have a boy friend, I know you do, who is it your cell, and you can tell me I wont tell anybody." At 1st I thought He was joking so I smirked it off and still tried to explain my problems but He pressed on. In between the unproffesional and derange comments I told Him, "I 'm not gay, Nor I don't go that way" When I tried to explain my skin allergic reactions. His whole demor changed and He became rude stating this meeting is over Get out my office. He Never once ask me about any medical Health issues or to show him or where was my boil at. It stated your refusing to listen or Help me is refusing medical Attention. He then walk out by the Nurses station and said I want Him out of here. He was yelling at me to get out Causing a spectale and disturbance.

Revised 9/2007

I was asked what Happened and I said, "Cause I won't go along with Her Homesexual Comments He's refusing to answer any other of my medical inquiries All of which I told the Nurse about prior. and on my medical slip. He close the door in my face after the Next patient came in He called Newer Jabari Stewart ID# 2007 000 4640 and inmate Larry Martin ID# 2006 0075301 also witnessed this along with the Nurses and a Co. ms. Furgeson and other inmates who were waiting. He never denied making this comments. I wasn't showing any signs of me being gay so I felt offesive behind this comments, and disrespected as a man. I asked for His name but His colleques stated they didn't know His Name, so I obtained it later and filed a grievance with the social worker. It took me 4 tries cause 3 other times I tried to send it to Her She kept stating she didn't recieve anything or lost my request slip so on 11-16-07 I gave it to Her in Her Hands. It was referred to medical services and to this date I never Heard from the Since. No questions or interviews. Has been made. The Form Numer is 2007X2304.

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I'm requesting to be Compensated for all of the physical, disrespectful and sexual harassment made by the defendants.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _16th_ day of _December_, 20_07_

_____
(Signature of plaintiff or plaintiffs)

Terrell Jones
(Print name)

2007 0057770
(I.D. Number)

Cook County Jail

P.o. Box 089002

Chicago. IL 60608
(Address)

Home Address:
4528 S. Lawler
Chgo. IL. 60638

Revised 9/2007