UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO ROMERO, | ) | |
| Plaintiff, | ) | 08 C 0041 |
| vs. | ) | Honorable Judge |
| | ) | Matthew Kennelly |
| SERGEANT MAHON, ET. AL., | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: Francisco Romero
R-51352
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

PLEASE TAKE NOTICE that on **March 6, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **ANSWER BY SALVADOR GODINEZ AND CARLOS ALTEZ TO PLAINTIFF'S COMPLAINT**.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County
By:  s/*Romano D. DiBenedetto*
Romano D. DiBenedetto
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4634
6220301

## CERTIFICATE OF SERVICE

I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 6, 2008**.

/s Romano D. DiBenedetto