3/29/08

**FILED**

APR - 7 2008

Apr 7, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it may concern.

I Terrell Jones Filed a Complaint form 1983 Case No. 08C0461. I sent to the court the appropiate amount but I never received a copy for me with your stamp of receive printed on it. Please mail me my copy with the appropiate date state on it for my personal file.

I also was denied appointment of counsel. The court stated that my competence of filling out the claim form shows I can present my claim adequately. And that the case doesn't involve complex issues, discovery or a Evidentiary Hearing. Yet I need a counsel appointed to help interview and get statements from witnesses. I can't afford a counselor as demostrated in my Finacial statement Detailing my statuses. I appeal this decision and ask the court to reconsider Due to I'm also incarcerated and have no income or assets.

Terrell Jones
#20070057770
P.O Box 089002
Chgo. IL 60608

Thank you.
Terrell Jones
TJ