UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Terrell Jones
                Plaintiff,

v.                                        Case No.: 1:08–cv–00461
                                                    Honorable William T. Hart

Carlos Altez, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference by video conference.(clw, )Mailed notice.

Dated: April 23, 2008

                                                                                 /s/ William T. Hart

                                                                       United States District Judge