# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Terrell Jones
                Plaintiff,

v.
                                            Case No.: 1:08–cv–00461
                                            Honorable William T. Hart

Carlos Altez, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

    MINUTE entry before Judge Honorable Geraldine Soat Brown: Status hearing held and continued to 06/12/08 at 9:00 a.m. The Court will contact the Lawyers Committee for Civil Rights Under Law in an attempt to find a pro bono attorney for the purpose of a settlement conference only. Defendants' counsel shall arrange for plaintiff to be present for the status hearing by telephone.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.