Terrell Jones  CASE NO:21:08-cv-00461   RR
-v-                 Judge: William T.
Dr. Carlos          Hart
Alter et al  (ORIGINAL)

Part-A / Control #: 2007 X 2304

Referred To: _____

**FILED**
**JUN 2 2008 MB**
**Jun 2, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**COOK COUNTY**
**D**
**CORRECTIONS**
**CE**

EXHIBIT TO COMPLAINT

Detainee Last Name: **Jones**   First Name: **Terrell**

ID #: **2007-0057770**  Div.: **TC**  Living Unit: **BT**  Date: **09/20/07**

BRIEF SUMMARY OF THE COMPLAINT: On 09/20/07, I stood waiting in the line for the [...] on a medical pass to be seen by the doctor and during my examining [...] checked my [...] bumps [...] Today he said "Hm, you pretty [...] have great [...] your [...] look good for [...] know you have a girlfriend by you? I won't tell anybody, who is in your cell?" At 1st I thought he was joking and I tried to laugh it off in a cool way and continued explaining in between his derogatory and unprofessional comments that he was persistent and biased regarding me stating "No I don't go that way [...] sir I'm not gay or a homosexual. I'm trying to explain my allergic skin reaction to wool and heat" and here his whole demeanor changed and became rude about writing a prescription for [...] and [...] [illegible handwritten text]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: [illegible handwritten notes about medical room, slammed office door, staff looking puzzled asking what's going on, detainee exited the med room]

ACTION THAT YOU ARE REQUESTING: [illegible] * I feel he should be written up and penalized for this action of sexual harassment he made to me. I don't ever want to be seen by this doctor for any medical need in the future.

DETAINEE SIGNATURE: _____

Witnesses: Jabari Stewart 20070064640 (-Tier C-H) Larry Martin 2006 00 75301

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: __/__/__

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

* 4 Times Filed 1/[...]

Part – B / Control #: _____X_____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____ **First Name:** _____ **ID#:** _____

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** _____

**C.R.W. Referred Griev. To:** _____ **Date Referred:** _____

**Response Statement:** _Refer to Medical Section_

_____ _____ **Date:** 11/26/07 **Div./Dept.** _____
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_____ _____ **Date:** _____ **Div./Dept.** _____
(print - name of Supt./ Designee / Dept. Admin.)   (signature of Supt./ Designee / Dept. Admin.)

_____ _____ **Date:** _____
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** _____ **Detainee Signature:** _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** _____

**Detainee's Basis For An Appeal:** _____

**Appeal Board's Acceptance Of Detainee's Request:** YES ☐ NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** _____

**Appeal Board's Signatures / Dates:** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** _____ **Detainee Signature:** _____

**GRIEVANCE CODE(S):** ( ____ ) ( ____ ) ( ____ )

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Terrell Jones
-vs-
Dr. Mrs Alter et al.

(Personal file copy) (ORIGINAL)

Judge: William T. Hart

Part-A / Control #: 2007 X 2304

Referred To: Cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Jones          First Name: Terrell

ID #: 2007-0057770   Div.: 11   Living Unit: BB   Date: 09/20/07

BRIEF SUMMARY OF THE COMPLAINT: On 9/18/07 I Terrell Jones was taken to dispensary for a medical sick call to be seen by the doctor and during my explaining my medical problems about pimples and bumps on my body He kept stating, "oh your pretty, you have pretty skin & who your trying to look good for, I know you have a boyfriend, Do you? I won't tell anybody, who is it your celly?" At 1st I thought He was joking and I tried to laugh it off in a cool way and continued explaining in between these derange and un professional comments but He was persistent and wasn't regarding me stating that, "I don't go that way", in other words I'm not gay or a Homosexual. In trying to explain my Allergic skin reaction to wool and soap sold Here His whole demeanor changed And became rude. after writing a prescription for Acne/Pimples and Antibiotics and refuse Abruptly to listen to Any further complaints about my Health issues All of which I listed on a medical slip days earlier and 4 or 5 times last month in Aug to be seen about. He was rushing me out His Office stating loudly I'm threw with you leave, And walked out talking loud and causing a spectacle and disturbance. I stated why are you denying to listen to my other medical needs refusing me. He slammed His office door in my facing almost closing my fingers if I wouldn't of moved back on time. The staff looked puzzled stating what's going on. I explained and asked of His last name they staff refused to tell me only "Carlos".

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 3 other Nurses was there including 1 Officer Female. Inmates where in the waiting area. Mr. Martin and I came from Seg Pod. B.B.

ACTION THAT YOU ARE REQUESTING: * I feel He should be written up and penalized for this action of sexual Harrassment He made to me. I don't further want to be seen by this doctor for any medical Need in the future.

DETAINEE SIGNATURE: T. Jones

Witnesses: Jabari Stewart 20070064640 (Tier C11) Larry Martin 2006007530 I

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: __/__/__

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

* 4-Times Tried to File



5/25/08

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street
Chicago, Il. 60604

### Certficate of Service

I, <u>Terrell Jones</u>, swear under penalty of perjury that I served a copy of the attached document on Attn: States Atty / Romano D. DiBene detto @ 219 S. Dearborn St. Chgo, IL 60604 by placing it in the mail at the Cook County Correctional Center on 5/25/08.

Terrell Jones

*/s/ Terrell Jones*

Pertaining to Case:

Terrell Jones

– vs –

Dr. Carlos Altez, et Al.

Case No: 1:08-cv-00461

Judge: William T. Hart