UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 586 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William T. Hart |
| CARLOS ALTEZ, | ) | |
| SALVADOR GODINEZ | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Julie A. Bauer
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601-5973

PLEASE TAKE NOTICE that on **June 25, 2008** at **11:00** a.m., I shall appear before the **Honorable William T. Hart** in the courtroom usually occupied by **him** in Room **2243** of the United States District Court, Northern District of Illinois, Eastern Division, and present **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s *Kevin Frey*
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-6189
#6281416

## CERTIFICATE OF SERVICE

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **June 16, 2008**.

/s *Kevin Frey*