
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 C 461 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Jones vs. Altez et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Julie Bauer appears on behalf of plaintiff and advises the Court that she is willing to accept the limited appointment of settlement assistance program counsel. Enter Limited Appointment of Settlement Assistance Program Counsel. Settlement conference set for 08/04/08 at 1:30 p.m. Plaintiff shall serve the settlement letter on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 06/30/08. The defendants shall serve the responsive letter to the plaintiff's settlement letter by 07/18/08. Plaintiff's counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 07/31/08. Defendants' counsel shall arrange for plaintiff to be present for the status hearing by telephone.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|