# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 461 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Jones vs. Altez, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 6/25/2008 is stricken. The Notice of Motion [25] and Motion [24] are amended on its face to reflect the correct case number as 08 C 461. Defendants' motion to withdraw and substitute counsel [24] is granted. Romano D. DiBenedetto is withdrawn as counsel for defendants; Kevin Frey is given leave to file his appearance as counsel for defendants. Status hearing is reset to 8/20/2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|