**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Terrell Jones
                Plaintiff,

v.	Case No.: 1:08−cv−00461
	Honorable William T. Hart

Carlos Altez, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Settlement conference held. The parties are not able to reach a settlement agreement at this time. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Julie Anne Bauer was appointed as settlement conference attorney only and is given leave to withdraw her appearance. Judge Honorable Geraldine Soat Brown no longer referred to the case. Attorney Julie Anne Bauer terminated.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.