UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 586 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William T. Hart |
| CARLOS ALTEZ, | ) | |
| SALVADOR GODINEZ | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Terrell Jones
#2007-0057770
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608
PRO SE

PLEASE TAKE NOTICE that on **August 20, 2008** at **11:00** a.m., I shall appear before the **Honorable William T. Hart** in the courtroom usually occupied by **him** in Room **2243** of the United States District Court, Northern District of Illinois, Eastern Division, and present **DEFENDANTS' MOTION TO DEPOSE INCARCERATED PERSON**.

                                    Respectfully Submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

        By:     /s *Kevin Frey*
                Assistant State's Attorney
                500 Richard J. Daley Center
                Chicago, IL  60602
                (312) 603-6189

## CERTIFICATE OF SERVICE

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **August 12, 2008**.

                                    /s *Kevin Frey*